IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>           Plaintiff,  )<br> )<br>     v.                    )<br> )<br>ROBERT ALLEN CONEY,        )<br> )<br>           Defendant.     )<br> ) | 4:05CR3001<br><br>ORDER |

IT IS ORDERED:

The pretrial services officer shall investigate the defendant's second amended proposal for release and report to the court and counsel as soon as practicable.

DATED this 19th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge